IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| O&M HALYARD, INC. & <br> OWENS & MINOR DISTRIBUTION, INC., <br> <br> Plaintiffs, <br> <br> vs. <br> <br> GUIDEPOINT GLOBAL LLC, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 1:25-cv-01568-AJT-WBP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE REGARDING RELIANCE ON ADDITIONAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO PARTIALLY DISMISS**

Plaintiffs O&M Halyard, Inc. and Owens & Minor Distribution, Inc. ("Plaintiffs") hereby submit this Motion for Leave to File Notice Regarding Reliance on Additional Authority in Opposition to Defendants' Motion to Partially Dismiss, respectfully showing the Court:

Defendant Guidepoint Global, LLC ("Defendant" or "Guidepoint") filed its Motion to Partially Dismiss the Amended Complaint on December 31, 2025. [Dkt. No. 18, 19.] On the same date, the Court issued a Notice of Hearing, scheduling a hearing for the Motion to Partially Dismiss on February 6, 2026. [Dkt. No. 20.] On January 14, 2025, Plaintiffs filed their Response in Opposition to Defendant's Motion to Dismiss. [Dkt. No. 25.] On January 20, 2026, Defendant filed its Reply in Further Support of its Motion to Partially Dismiss. [Dkt. No. 26.]

Local Rule 7(F)(1) states that no further briefing or written communications beyond the reply in support may be filed without first obtaining leave of Court. In lieu of any further briefing, Plaintiffs move the Court for leave to file a notice that Plaintiffs plan to rely on additional authority

not cited in the briefing at the Feb. 4, 2026 hearing (Plaintiffs' "Notice").  [*See* Plaintiffs' Notice attached hereto as Exhibit "**A**".]

Good cause exists because Plaintiffs believe the additional authority cited in the Notice clarifies the law regarding one of the two central issues with respect to Defendant's Motion to Dismiss, namely, whether priority of use is an affirmative defense to a trademark claim on a registered mark that a defendant must plead and prove where the trademark is registered.  Thus, the additional authority is relevant and may ultimately aid the Court in deciding the Motion.  Plaintiff's Notice is designed to give the Court and Defendant ample opportunity to review the additional authority prior to the hearing.

Defendant will not be prejudiced by Plaintiff's Notice, as Plaintiffs have already informed Defendant of the additional authority and of Plaintiff's intent to rely on the additional authority at the Feb. 4, 2026 hearing.  Furthermore, Plaintiffs conferred with Defendant prior to submitting this Motion for Leave, and Defendant indicated that it does not oppose this motion but reserves the right to respond.

Accordingly, Plaintiffs respectfully request the Court grant them leave to file the attached Notice Regarding Reliance on Additional Authority in Opposition to Defendants' Motion to Partially Dismiss. The necessity of hearing on this Motion is waived.

Respectfully submitted this 30th day of January 2026,

          PLAINTIFFS O&M HALYARD, INC. & 
          OWENS & MINOR DISTRIBUTION, INC.

          By*:   /s/ Mark J. Krudys*
          Counsel

          Mark J. Krudys (VSB# 30718)
          Danny Zemel (VSB# 95073)
          THE KRUDYS LAW FIRM, PLC
          Truist Place

919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Email: mkrudys@krudys.com
Email: dzemel@krudys.com

Andrea E. Bates
*Pro Hac Vice*
Elizabeth Poland Andujar
*Pro Hac Vice*
BATES & BATES LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Phone: (404) 228-7439
Fax: (404) 963-6231
Email: abates@bates-bates.com
Email: eandujar@bates-bates.com

Stephen D. Howen
*Pro Hac Vice*
State Bar. No. 10117800
LAW OFFICES OF STEVE HOWEN
7111 Bosque Boulevard
Suite 305
Waco, Texas 76710
Phone: (254) 826-6526
Fax: (254) 822-4926
Email: steve@stevehowenlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, the foregoing document was served on all counsel of record via this Court's electronic filing system.

Dated: January 30, 2026

 <u>/s/ Mark J. Krudys</u><br>
Mark J. Krudys

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiffs conferred with counsel for Defendant who indicated that it does not oppose this Motion but reserves the right to respond.

Dated: January 30, 2026

 <u>/s/ Mark J. Krudys</u><br>
Mark J. Krudys