

**Via CM/ECF Public Filing**
The Honorable Anthony J. Trenga
United States Senior District Judge in the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Sq.
Alexandria, VA 22314

      Re: *O & M Halyard, Inc. and Owens & Minor Distribution, Inc. v. Guidepoint Global, LLC*, Case No. 1:25-cv-01568-AJT-WBP

Dear Judge Trenga,

We write to notify you and counsel that at the February 4, 2026, hearing on Defendant's Motion for Partial Dismissal, plaintiffs will present additional authority not cited in Plaintiff's Response Brief. Specifically, plaintiffs believe that the authority cited below supports the proposition that priority of use is an affirmative defense to a trademark claim on a registered mark that defendant must plead and prove where the trademark is registered.

The authority is:

*Dewberry Engineers. Inc. v. Dewberry Group, Inc.*, 77 F. 4th 265, 280 (4th Cir. 2023), *rev'd on other grounds*, 604 U.S. 321 (2025)

*Kiva Health Brands, LLC v. Kiva Brands, Inc.*, 439 F. Supp. 3d 1185, 1194-99 (N.D. CA 2020)

*Talent Mobile Development, Inc. v. Headios Group,* 382 F. Supp. 3d 953, 962 (C.D. CA 2019), *aff'd*, 805 Fed. Appx. 506 (9th Cir. 2020).

*Spiral Direct, Inc. v. Basic Sports Apparel, Inc.*, 293 F. Supp. 3d 1334, 1358 (M.D. FA 2017), *appeal dismiss'd*, 2018 WL 1957605 (11th Cir. Mar. 13, 2018)

*Levatas, Inc. v. Barcodes, LLC,* 2025 WL 335429 at *1 (S.D. Fla. July 31, 2025, D. Middlebrook)

*Sacks Holdings, Inc. v. Grin Natural USA Ltd.,* 2025 WL 2552569 at *2-3 (M.D. N.C. June 11, 2025, C. Eagles)

*Forma AI, Inc. v. Twic, Inc.*, 2025 WL 978979 at *6-7 (E.D. N.C. March 31, 2025, T. Boyle)
*Zhang v. UAB Ekomlita,* 2023 WL 2867798 at *4 (N.D. Ill. Apr. 10, 2023, E. Aspen)

*River Light V LP v. Olem Shoe Corp.*, 2022 WL 4484575 at *12 (S.D. NY. Sept. 27, 2022, L. Schofield)

Respectfully submitted,

Mark J. Krudys

CC: All counsel of record (via cm/ecf filing and private email)