IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| O&M HALYARD, INC. & <br> OWENS & MINOR DISTRIBUTION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GUIDEPOINT GLOBAL LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 1:25-cv-01568-AJT-WBP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE REGARDING RELIANCE ON ADDITIONAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO PARTIALLY DISMISS**

Now before the Court is Plaintiffs O&M Halyard, Inc. and Owens & Minor Distribution, Inc.'s Unopposed Motion for Leave to File Notice Regarding Reliance on Additional Authority in Opposition to Defendant's Motion to Partially Dismiss. Having considered the motion, the Court finds that good cause exists to grant leave and that, therefore, the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs are permitted to file its Notice Regarding Reliance on Additional Authority in Opposition to Defendant's Motion to Partially Dismiss.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                           SENIOR U.S. DISTRICT JUDGE