IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| O&M HALYARD, INC. & <br> OWENS & MINOR DISTRIBUTION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GUIDEPOINT GLOBAL LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 1:25-cv-01568-AJT-WBP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' WAIVER OF HEARING

Pursuant to Local Rule 7, Plaintiffs O&M Halyard, Inc. and Owens & Minor Distribution, Inc. ("Plaintiffs") hereby file this Waiver of Hearing in connection with the previously Unopposed Motion for Leave to File Notice Regarding Reliance on Additional Authority in Opposition to Defendants' Motion to Partially Dismiss, ECF Dkt. No. 30.

Respectfully submitted this 3rd day of February 2026,

PLAINTIFFS O&M HALYARD, INC. &
OWENS & MINOR DISTRIBUTION, INC.

By: */s/ Danny Zemel*
Counsel

Mark J. Krudys (VSB# 30718)
Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Email: mkrudys@krudys.com
Email: dzemel@krudys.com

Andrea E. Bates
*Pro Hac Vice*
Elizabeth Poland Andujar
*Pro Hac Vice*
BATES & BATES LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Phone: (404) 228-7439
Fax: (404) 963-6231
Email: abates@bates-bates.com
Email: eandujar@bates-bates.com

Stephen D. Howen
*Pro Hac Vice*
State Bar. No. 10117800
LAW OFFICES OF STEVE HOWEN
7111 Bosque Boulevard
Suite 305
Waco, Texas 76710
Phone: (254) 826-6526
Fax: (254) 822-4926
Email: steve@stevehowenlegal.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 3rd 2026, the foregoing document was served on all counsel of record via this Court's electronic filing system.

                                        /s/ Danny Zemel
                                        Danny Zemel