# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **2/4/2026**             Judge: **Trenga**
Time: **10:16 - 10:46**        Reporter: **R. Stonestreet**

Civil Action Number: **1:25-cv-1568**

**O&M HALYARD, INC. ET AL**

V.

**GUIDEPOINT GLOBAL, LLC**

Appearances of Counsel for Plaintiffs and Defendant

| Counsel for Plaintiffs | Counsel for Defendant |
|---|---|
| **Andrea Bates** | **Karima Thompson** |
| **Elizabeth Andujar** | **William Stroever** |
| **Stephen Howen** | |

Motion to/for:
[73] Motion to Dismiss *(Partially)* by deft.

Argued and
( ) Granted      ( ) Denied      ( ) Granted in part/Denied in part
(**X**) Taken Under Advisement      ( ) Continued to

(**X**) Order to Follow

As part of their Rule 16(b) Conference with Magistrate Judge Porter, the parties are directed to schedule a Settlement Conference.