IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 25-cv-01568-AJT-WBP, Case Name O&M Halyard, Inc. et al. v. Guidepoint Global LLC
Party Represented by Applicant: Guidepoint Global LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Mia A. Ritota
Bar Identification Number 413722022     State New Jersey
Firm Name Cole Schotz P.C.
Firm Phone # (201) 489-3000     Direct Dial # (201) 561-7036     FAX #
E-Mail Address mritota@coleschotz.com
Office Mailing Address 25 Main Street, Hackensack, New Jersey 07601

Name(s) of federal district court(s) in which I have been admitted District of New Jersey

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature) /s/ Mia A.

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) /s/
(Typed or Printed Name) Karma T. Thompson
(Date) 12/31/2025
(VA Bar Number) 96541

Court Use Only:

Clerk's Fee Paid ☒ or Exemption Granted ☐

The motion for admission is GRANTED ☒ or DENIED ☐

Anthony J. Trenga
Senior U.S. District Judge

02/17/2026
(Date)