# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Karima T. Thompson, William Stroever
_____

(Counsel for Guidepoint Global, LLC)
_____

Catherine Smith (In-House Legal Counsel; Guidepoint Global, LLC)
_____

Electronic Device(s): (3) Laptop computer, (3) mouse, (3) charger
_____

(3) Cell Phone
_____

_____

Purpose and Location Of Use: Settlement Conference in Courtroom 400
_____

Case No.: 1:25-cv-01568
_____

Date(s) Authorized: 3/24/2026
_____

IT Clearance Waived: _____(Yes)    _____(No)

APPROVED BY:

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
                IT Staff Member                   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**