## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Karima T. Thompson, William Stroever
(Counsel for Guidepoint Global, LLC)

Catherine Smith (In-House Legal Counsel; Guidepoint Global, LLC)

**Electronic Device(s):** (3) Laptop computer, (3) mouse, (3) charger

(3) Cell Phone

**Purpose and Location Of Use:** Settlement Conference in Courtroom 400

**Case No.:** 1:25-cv-01568

**Date(s) Authorized:** 3/24/2026

**IT Clearance Waived:** ✓ (Yes)   ___ (No)

APPROVED BY:

_____
United States District/Magistrate/Bankruptcy Judge

Date: March 13, 2026

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
               IT Staff Member                Date(s)

**IT clearance must be completed, unless waived, before court appearance.**