## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Mark Krudys, Andrea Bates, Gregory Sagsetter (Counsel for O&M Halyard, Inc and Owens & Minor Distribution, Inc.)

Electronic Device(s): (3) Laptop computer, (3) charger (3) Cell Phone

Purpose and Location Of Use: Settlement Conference in Courtroom 400

Case No.: 1:25-cv-01568

Date(s) Authorized: 3/24/2026

IT Clearance Waived: _____(Yes)    _____(No)

APPROVED BY:

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
                 IT Staff Member                      Date(s)

**IT clearance must be completed, unless waived, before court appearance.**