**Request for Authorization to bring electronic device(s) into the
United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described
electronic device(s) into the United States District Court for the Eastern District of
Virginia on the date(s) specified:

Authorized Person(s):   Elizabeth Walsh
_____

(Deputy General Counsel for Guidepoint Global, LLC)

Electronic Device(s):   (1) Laptop computer, (1) mouse, (1) charger

(1) Cell Phone
_____

_____

Purpose and Location
Of Use:   Settlement Conference in Courtroom 400
_____

Case No.:   1:25-cv-01568
_____

Date(s) Authorized:   3/24/2026
_____

IT Clearance Waived:   _____(Yes)      _____(No)

APPROVED BY:

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
                        IT Staff Member                              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**