**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):  John Ryan

Chief Intellectual Property Counsel and Owens & Minor/O&M Halyard, Inc.

Electronic Device(s):  Cell Phone

Purpose and Location Of Use:  Settlement Conference in Courtroom 400

Case No.:  1:25-cv-01568

Date(s) Authorized:  3/24/2026

IT Clearance Waived:  _____(Yes)      _____(No)

APPROVED BY:

Date:_____   _____

United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:  _____   _____

IT Staff Member                                Date(s)

**IT clearance must be completed, unless waived, before court appearance.**