**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): ___John Ryan_____

Chief Intellectual Property Counsel and Owens & Minor/O&M Halyard, Inc.

_____

Electronic Device(s): ___Cell Phone_____

_____

Settlement Conference in Courtroom 400

Purpose and Location
Of Use: _____

Case No.: ___1:25-cv-01568_____

Date(s) Authorized: ___3/24/2026_____

IT Clearance Waived: ___✓__(Yes)        _____(No)

APPROVED BY:

Date: _March 23, 2026_____        _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:        _____        _____
                          IT Staff Member                          Date(s)

**IT clearance must be completed, unless waived, before court appearance.**