IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| O&M HALYARD, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:25-cv-01568 (AJT/WBP) |
| vs. | ) |
| | ) |
| GUIDEPOINT GLOBAL LLC, | ) |
| | ) |
| Defendant. | ) |

**AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Federal Rule 26(c), the Parties request that the Court enter the Protective Order attached as Exhibit A. Good cause for entry of the order exists because the parties have and will be exchanging confidential information, and they have agreed to the protocols set forth in the attached "Stipulation and Protective Order."

Certification of Conference

Undersigned certifies that the parties have in good faith conferred in an effort to resolve the dispute without court action. As a result of those conferences, the parties entered the protective order.

Conclusion

For these reasons, the Court should grant the parties' motion and enter the proposed protective order.

| PLAINTIFFS O&M HALYARD, INC. & OWENS & MINOR DISTRIBUTION, INC. | DEFENDANT GUIDEPOINT GLOBAL LLC |
|---|---|
| By:   /s/ Mark J. Krudys<br>Counsel | By Counsel<br><br> /s/ Karima T. Thompson |
| Mark J. Krudys (VSB# 30718)<br>THE KRUDYS LAW FIRM, PLC | Karima T. Thompson<br>VSB No. 96541 |

1

| | |
|---|---|
| Truist Place<br>919 E. Main Street, Suite 2020<br>Richmond, VA 23219<br>Phone: (804) 774-7950<br>Email: mkrudys@krudys.com<br><br>Andrea E. Bates<br>Pro Hac<br>Elizabeth Poland Andujar<br>Pro Hac<br>BATES & BATES LLC<br>1890 Marietta Boulevard NW<br>Atlanta, Georgia 30318<br>Phone: (404) 228-7439<br>Email: abates@bates-bates.com<br>Email:  eandujar@bates-bates.com<br><br>Stephen D. Howen<br>Pro Hac<br>Law Offices of Steve Howen<br>7111 Bosque Boulevard<br>Suite 300<br>Waco, Texas 76710<br>Phone: ((214) 460-4856<br>Email: steve@stevehowenlegal.com | BUCHANAN INGERSOLL & ROONEY PC<br>1700 K Street, NW, Suite 300<br>Washington, D.C. 20006<br>Telephone: (202) 452-7996<br>Fax: (202) 452-7989<br>Email: karima.thompson@bipc.com<br><br>And<br><br>By: /s/ William W. Stroever<br>William W. Stroever (admitted pro hac vice)<br>Elizabeth A. Carbone (admitted pro hac vice)<br>Mia A. Ritota (admitted pro hac vice)<br>COLE SCHOTZ P.C.<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 525-6237<br>Fax: (201) 678-6237<br>Email: wstroever@coleschotz.com<br>Email: ecarbone@coleschotz.com<br>Email: mritota@coleschotz.com |

3

EXHIBIT A (PROPOSED PROTECTIVE ORDER)