IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| O&M HALYARD, INC. & <br> OWENS & MINOR DISTRIBUTION, INC., <br><br><br> Plaintiffs, <br><br> vs. <br><br> GUIDEPOINT GLOBAL LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> )  Case No. 1:25-cv-01568-AJT-WBP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM I

Plaintiffs O&M Halyard, Inc. and Owens & Minor Distribution, Inc. (collectively, "Plaintiffs") hereby submit this Motion to Dismiss Defendant Guidepoint Global LLC's Counterclaim I filed on March 25, 2026. [Dkt. No. 45.]  Plaintiffs assert two grounds for dismissal of Defendant's Counterclaim I.  First, Counterclaim I is duplicative of Plaintiff's Count I of the First Amended Complaint in that it presents the identical legal issue and seeks identical relief. Second, Counterclaim I cites both the Lanham Act and the Declaratory Judgment Act, but fails to plead the jurisdictional element of an actual case or controversy to sustain a declaratory judgment action.  Thus, Counterclaim I should be dismissed to the extent it seeks declaratory relief for failure to plead the essential jurisdictional element of an actual case or controversy.

The legal authority and argument supporting Plaintiffs' motion to dismiss are set forth more fully in Plaintiffs' accompanying brief, which is being filed contemporaneously herewith. Plaintiffs and Defendant have conferred pursuant to LR 7(E) and propose either of the following dates for oral argument: May 6, 2026 or May 13, 2026.

Respectfully submitted this 15th of April 2026.

O&M HALYARD, INC. &
OWENS & MINOR DISTRIBUTION, INC.

By: _ /s/ Mark J. Krudys_
Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com

Andrea E. Bates
*Pro hac vice*
Elizabeth Poland Andujar
*Pro hac vice*
BATES & BATES LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Phone: (404) 228-7439
Email: abates@bates-bates.com
Email: eandujar@bates-bates.com

Stephen D. Howen
*Pro Hac*
Law Offices of Steve Howen
7111 Bosque Boulevard, Suite 305
Waco, Texas 76710
Phone: (254) 826-6526
Email: steve@stevehowenlegal.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2026, the foregoing document was served on all counsel of record via the Court's electronic filing system CM/ECF.

Dated: April 15, 2026

By*:   /s/ Mark J. Krudys*
Mark J. Krudys (VSB# 30718)

**CERTIFICATE OF CONFERENCE**

On April 15, 2026, counsel for Plaintiffs conferred with counsel for Defendant in compliance with LR 7(E) regarding the issues presented in Plaintiffs' Motion to Dismiss Defendant's Counterclaim I and whether the parties believed a hearing was necessary.  To that end, Plaintiffs' counsel communicated to Defendant's counsel Plaintiffs' bases for dismissing Counterclaim I and Plaintiffs' position that no hearing is necessary for the disposition of this motion.  Defendant stated that it did not consent to waiving oral argument.  As such, counsel for Plaintiffs and Defendant agreed to be available on the following dates for oral argument: May 6, 2026 and May 13, 2026.   If either of these dates are unavailable, counsel for Plaintiffs and Defendant respectfully request leave to schedule the hearing outside of the 30 days after the filing of this motion mandated by LR 7(E).

Dated: April 15, 2026

By*:   /s/ Mark J. Krudys*
Mark J. Krudys (VSB# 30718)

3