IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| O&M HALYARD, INC. & <br> OWENS & MINOR DISTRIBUTION, INC., <br><br><br> Plaintiffs, <br><br> vs. <br><br> GUIDEPOINT GLOBAL LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> )  Case No. 1:25-cv-01568-AJT-WBP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS
DEFENDANT'S COUNTERCLAIM I**

Now before the Court is Plaintiffs O&M Halyard, Inc. and Owens & Minor Distribution, Inc.'s Motion to Dismiss Defendant Guidepoint Global LLC's Counterclaim I filed with Defendant's Answer, Affirmative Defenses, and Counterclaims on March 25, 2026 (Dkt. No. 45). Having considered the motion, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Dismiss Defendant's Counterclaim I is GRANTED and Defendant's Counterclaim I is HEREBY DISMISSED in its entirety WITH PREJUDICE.

IT IS SO ORDERED.

_____
The Honorable Anthony J. Trenga
Senior U.S. District Judge