IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

O&M HALYARD, INC. &                        )
OWENS & MINOR DISTRIBUTION, INC.,          )
                                           )
                                           )    Case No. 1:25-cv-01568-AJT-WBP
                                           )
                                           )
       Plaintiffs,                         )
                                           )
vs.                                        )
                                           )
GUIDEPOINT GLOBAL LLC,                     )

       Defendant.

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Wednesday, May 13, 2026, or as soon thereafter as the undersigned may be heard, Plaintiffs O&M Halyard, Inc. and Owens & Minor Distribution, Inc. will present their Motion to Dismiss Defendant's Counterclaim I for a hearing in the Eastern District of Virginia, Alexandria Division. Plaintiffs respectfully request that the Clerk of this Court docket Plaintiffs' Hearing on its Motion to Dismiss for that date. If no times are available on that date, Plaintiffs request that the hearing be docketed on May 6, 2026.

Respectfully submitted this 17th of April 2026.

O&M HALYARD, INC. &
OWENS & MINOR DISTRIBUTION, INC.

By:   */s/ Mark J. Krudys*
Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020

Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com

Andrea E. Bates
*Pro hac vice*
Elizabeth Poland Andujar
*Pro hac vice*
BATES & BATES LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Phone: (404) 228-7439
Email: abates@bates-bates.com
Email: eandujar@bates-bates.com

Stephen D. Howen
*Pro Hac*
Law Offices of Steve Howen
7111 Bosque Boulevard, Suite 305
Waco, Texas 76710
Phone: (254) 826-6526
Email: steve@stevehowenlegal.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, the foregoing document was served on all counsel of record via the Court's electronic filing system CM/ECF.

Dated: April 17, 2026

By*:    /s/ Mark J. Krudys*
Mark J. Krudys (VSB# 30718)

## CERTIFICATE OF CONFERENCE

On April 15, 2026, counsel for Plaintiffs conferred with counsel for Defendant in compliance with LR 7(E) regarding the issues presented in Plaintiffs' Motion to Dismiss Defendant's Counterclaim I and whether the parties believed a hearing was necessary. To that end, Plaintiffs' counsel communicated to Defendant's counsel Plaintiffs' bases for dismissing Counterclaim I and Plaintiffs' position that no hearing is necessary for the disposition of this motion. Defendant stated that it did not consent to waiving oral argument. As such, counsel for Plaintiffs and Defendant agreed to be available on the following dates for oral argument: May 6, 2026 and May 13, 2026. If either of these dates are unavailable, counsel for Plaintiffs and Defendant respectfully request leave to schedule the hearing outside of the 30 days after the filing of this motion mandated by LR 7(E).

Dated: April 17, 2026

By*:    /s/ Mark J. Krudys*
Mark J. Krudys (VSB# 30718)