**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):    Mark Krudys, Esq.

Elizabeth Andujar, Esq.

_____

Electronic Device(s):    Laptop, chargers, cell phones

_____

_____

Purpose and Location
Of Use:    Hearing on Plaintiff's Motion to Dismiss

Case No.:    1:25-cv-01568-AJT-WBP

Date(s) Authorized:    5/13/2026

IT Clearance Waived:    ____X___(Yes)    _____(No)

APPROVED BY:

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
IT Staff Member    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**