## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):    Mark Krudys, Esq.

Elizabeth Andujar, Esq.

Electronic Device(s):    Laptop, chargers, cell phones — *subject to court's policy*

Purpose and Location Of Use:    Hearing on Plaintiff's Motion to Dismiss

Case No.:    1:25-cv-01568-AJT-WBP

Date(s) Authorized:    5/13/2026

IT Clearance Waived:    __X__ (Yes)    _____ (No)

APPROVED BY:

Anthony J. Trenga
Senior United States District Judge
United States District/Magistrate/Bankruptcy Judge

Date: May 12, 2026

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____    _____

IT Staff Member    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**