# UNITED STATES DISTRICT COURT
## CIVIL MOTION MINUTES

Date: **5/13/2026**                                     Judge:   **Trenga**
Time: **10:07 - 10:42**                            Reporter: **R. Montgomery**


Civil Action Number: **1:25-cv-1568**


## O&M HALYARD, INC. ET AL

## V.

## GUIDEPOINT GLOBAL, LLC


Appearances of Counsel for Plaintiffs and Defendant

| Counsel for Plaintiffs | Counsel for Defendant |
|---|---|
| **Elizabeth Andujar** | **Karima Thompson** |
| **Mark Krudys** | **Elizabeth Carbone** |

Motion to/for:
[50] Motion to Dismiss for Failure to State a Claim by pltf.


Argued and
(  ) Granted                    (  ) Denied          (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement            (  ) Continued to


(**X**) Order to Follow