IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| O&M HALYARD, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:25-cv-1568-AJT-WBP |
| GUIDEPOINT GLOBAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

In this medical device trademark action, Plaintiffs Owens & Minor Distribution, Inc. and O&M Halyard, Inc. (collectively, "Plaintiffs") have filed a Motion to Dismiss Count I of Defendant Guidepoint Global, LLC's ("Guidepoint") counterclaim [Doc. No. 45] which seeks declaratory judgment cancelling Plaintiffs' Qsight® Class 35 trademark (U.S. Reg. No. 5739878). [Doc. No. 50] (the "Motion"). The Motion argues that Count I of the counterclaim is duplicative of Plaintiffs' claim for judicial review of the July 25, 2025 decision[1] of the U.S. Patent and Trademark Office's Trademark Trial and Appeals Board ([Am. Compl.] ¶¶ 73-79), or alternatively that Defendants do not plead the existence of an actual case or controversy as required to state a claim under the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.

The Court held a hearing on the Motion on May 13, 2026. Upon review of the Motion, the memoranda in support thereof and opposition thereto, and the arguments of counsel at the hearing, it is hereby

---

[1] *O&M Halyard, Inc. v. Guidepoint Global, LLC*, Consolidated Cancellation Nos. 92077680 (parent) and 92078922 (TTAB July 25, 2025).

**ORDERED** that the Motion [Doc. No. 50] be, and the same hereby is, **DENIED** at this time, without prejudice.

The Clerk is directed to forward copies of this order to all counsel of record.

Anthony J. Trenga
Senior U.S. District Judge

May 15, 2026
Alexandria, Virginia

2