IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| O&M HALYARD, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:25-cv-01568 (AJT/WBP) |
| vs. | ) |
| | ) |
| GUIDEPOINT GLOBAL LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION AND PROPOSED ORDER

Plaintiffs O&M Halyard, Inc. and Owens & Minor Distribution, Inc. and Defendant Guidepoint Global LLC hereby submit the following stipulation.

WHEREAS, the Parties have reached a settlement resolving the outstanding issues in the above-captioned litigation.

WHEREAS, the Parties have agreed to dismissal of all claims and counterclaims asserted in this action on the basis described below:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly stipulate to the dismissal of all claims and counterclaims by the Parties against one another, with prejudice, and with each party bearing its own attorneys' fees and costs.

**DISMISSED WITH PREJUDICE**

**IT IS SO ORDERED.**

Dated: ___May 19___, 2026
Alexandria, Virginia

_____
Anthony J. Trenga
Senior U.S. District Judge

*Attorneys for Plaintiffs O&M Halyard, Inc.*
*and Owens & Minor Distribution, Inc.*

By: /s/ Mark Krudys

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Email: mkrudys@krudys.com

Andrea E. Bates
Pro Hac Vice
Elizabeth Poland Andujar
Pro Hac Vice
BATES & BATES LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Phone: (404) 228-7439
Email: abates@bates-bates.com
Email:  eandujar@bates-bates.com

Stephen D. Howen
Pro Hac Vice
Law Offices of Steve Howen
7111 Bosque Boulevard
Suite 300
Waco, Texas 76710
Phone: ((214) 460-4856
Email: steve@stevehowenlegal.com

*Attorneys for Defendant Guidepoint Global LLC*

By: /s/ Karima T. Thompson

Karima T. Thompson
VSB No. 96541
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 452-7996
Fax: (202) 452-7989
Email: karima.thompson@bipc.com

William W. Stroever (admitted pro hac vice)
Elizabeth A. Carbone (admitted pro hac vice)
Mia A. Ritota (admitted pro hac vice)
COLE SCHOTZ P.C.
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 525-6237
Fax: (201) 678-6237
Email: wstroever@coleschotz.com
Email: ecarbone@coleschotz.com
Email: mritota@coleschotz.com

2